**Fill in this information to identify the case:**

Debtor name    Rainbow Land & Cattle Company, LLC, a Nevada limited liability company

United States Bankruptcy Court for the:   District of Nevada

Case number (If known):   19-50627-BTB    NV
   (State)

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* ...............................................................   $ 10,381,722.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* .............................................................   $ 355,712.16

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* ...............................................................   $ 10,737,434.16

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................   $ 2,913,538.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 6a of *Schedule E/F* .................................................   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................   +$ 325,867.00

4. **Total liabilities** ........................................................................................................   $ 3,239,405.00
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Rainbow Land & Cattle Company, LLC, a Nevada limited liability company

United States Bankruptcy Court for the: District of Nevada

Case number (If known): 19-50627-BTB

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo | Checking | 1  7  3  2 | $ 55,712.16 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $ |
|---|---|
| 4.2. | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 55,712.16

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | $ |
|---|---|
| 7.2. | $ |

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability con | Case number *(if known)* | 19-50627-BTB |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____  $_____

8.2. _____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:  Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔  $_____
face amount / doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔  $_____
face amount / doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:  Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____  _____%  _____  $_____

15.2. _____  _____%  _____  $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $_____

16.2. _____  _____  $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
          Name                                                                              Case number (if known)_____

---

## Part 5:    Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| _____ | ___/___/_____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20.** Work in progress | | | | |
| _____ | ___/___/_____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21.** Finished goods, including goods held for resale | | | | |
| _____ | ___/___/_____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22.** Other inventory or supplies | | | | |
| _____ | ___/___/_____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                                          $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| **29.** Farm animals _Examples_: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31.** Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | |
| _____ | $_____ | _____ | $_____ |

---

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability company | Case number *(if known)* | 19-50627-BTB |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Rainbow Land & Cattle Company, LLC, a Nevada limited liability com        Case number *(if known)* 19-50627-BTB
         Name

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability com | Case number (if known) |
|--------|-------------------------------------------------------------------|------------------------|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|------|----|----|----|----|----|
| 55.1 | APN 003-210-03 | | | | 888,640.00 $_____ |
| 55.2 | APN 003-220-04 | Fee Simple | $_____ | | 148,793.00 $_____ |
| 55.3 | See continuation sheet | | 0.00 $_____ | | 9,344,289.00 $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | $ 10,381,722.00 |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|----|----|----|----|
| **60. Patents, copyrights, trademarks, and trade secrets** | $_____ | | $_____ |
| **61. Internet domain names and websites** | $_____ | | $_____ |
| **62. Licenses, franchises, and royalties** | $_____ | | $_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| **64. Other intangibles, or intellectual property** | $_____ | | $_____ |
| **65. Goodwill** | $_____ | | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $_____ |

19-50627-BTB

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability com | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  —  _____  = ➔   $_____
Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____                                  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                  $_____

Nature of claim        _____
Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                  $_____

Nature of claim        _____
Amount requested      $_____

76. **Trusts, equitable or future interests in property**

_____                                  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Option to Purchase 74.92+/- Acres of land APN 003-210-04  & 00    $ 300,000.00

_____                                  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                $ 300,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability com | Case number *(if known)* | 19-50627-BTB |
|---|---|---|---|
| | Name | | |

---

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 55,712.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 10,381,722.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 300,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 355,712.16 | + 91b. $ 10,381,722.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................................ 10,737,434.16          $ 10,737,434.16

19-50627-BTB

Debtor 1 ___Rainbow Land & Cattle Company, LLC, a Nevada limited liability co___

      First Name      Middle Name      Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**55) Real property**

| | |
|---|---|
| **APN 003-220-12** | **504,045.00** |
| **Fee Simple** | |
| **APN 003-220-06** | **1,549,129.00** |
| **Fee Simple** | |
| **APN 003-151-25** | **366,170.00** |
| **Fee Simple** | |
| **NV DWR VIO76 (64 afa)** | **640,000.00** |
| **100%** | |
| **APN 003-220-07** | **530,371.00** |
| **Fee Simple** | |
| **APN 003-220-10** | **110,854.00** |
| **Fee Simple** | |
| **APN 003-220-05** | **2,081,315.00** |
| **Fee Simple** | |
| **APN 003-111-01** | **1,540,000.00** |
| **100% Fee Simple** | |
| **NV DWR Permit #29338 (95.25 afa)** | **904,875.00** |
| **100%** | |
| **APN 003-151-24** | **543,330.00** |
| **Fee Simple** | |
| **APN 003-121-01** | **574,200.00** |
| **Fee Simple** | |

| Fill in this information to identify the case: |
| --- |

Debtor name   Rainbow Land & Cattle Company, LLC, a Nevada limited liability company

United States Bankruptcy Court for the:   District of Nevada

Case number (If known):   19-50627-BTB

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1**

**Creditor's name**
F. Heise Land & Livestock Co, Inc.

**Describe debtor's property that is subject to a lien**
APN 003-121-01

Column A: $ 0.00    Column B: $ 574,200.00

**Creditor's mailing address**

**Creditor's email address, if known**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

F. Heise Land & Livestock Co, Inc., 0th; H. H. Land & Cattle Company,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
F. Heise Land & Livestock Co, Inc.

**Describe debtor's property that is subject to a lien**
APN 003-151-24

Column A: $0.00    Column B: $543,330.00

**Creditor's mailing address**

**Creditor's email address, if known**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

F. Heise Land & Livestock Co, Inc., 0th; H. H. Land & Cattle

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
$ 2,913,538.00

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
F. Heise Land & Livestock Co, Inc.

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.

F. Heise Land & Livestock Co, Inc., 0th; H. H. Land & Cattle

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
APN 003-151-25

$ 0.00        $ 366,170.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
F. Heise Land & Livestock Co, Inc.

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.

F. Heise Land & Livestock Co, Inc., 0th; H. H. Land & Cattle

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
APN 003-220-12

$ 0.00        $ 504,045.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
        Name

Case number *(if known)* ___19-50627-BTB___

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---------|-----------------|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**
F. Heise Land & Livestock Co, Inc.

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☑ No. Specify each creditor, including this creditor, and its relative priority.

　F. Heise Land & Livestock Co, Inc., 0th; H. H. Land & Cattle

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
APN 003-220-10

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 110,854.00

**2.6** **Creditor's name**
F. Heise Land & Livestock Co, Inc.

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☑ No. Specify each creditor, including this creditor, and its relative priority.

　F. Heise Land & Livestock Co, Inc., 0th; H. H. Land & Cattle

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
APN 003-220-05

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 2,081,315.00

Debtor  Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
Name

Case number (if known) _____

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Part 1:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**
F. Heise Land & Livestock Co, Inc.

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　　F. Heise Land & Livestock Co, Inc., 0th; H. H. Land & Cattle

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

APN 003-220-06

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $1,549,129.00

---

**2.8** **Creditor's name**
F. Heise Land & Livestock Co, Inc.

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　　F. Heise Land & Livestock Co, Inc., 0th; H. H. Land & Cattle

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

APN 003-220-07

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $530,371.00

---

Debtor  Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
        Name

Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** Creditor's name

F. Heise Land & Livestock Co, Inc.

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

APN 003-220-04

$0.00          $148,793.00

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

F. Heise Land & Livestock Co, Inc., 0th; H. H. Land & Cattle

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.10** Creditor's name

F. Heise Land & Livestock Co, Inc.

_____

**Creditor's mailing address**

C/O DAVID ROBERTSON, ESQ.

50 W. LIBERTY ST., STE. 600, RENO, NV

**Creditor's email address, if known**

_____

**Describe debtor's property that is subject to a lien**

APN 003-111-01

$1,236,736.00          $1,540,000.00

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

Zions Bank, 0th; H. H. Land & Cattle Company, 1st; F. Heise

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability company | | Case number *(if known)* | 19-50627-BTB |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.11** **Creditor's name**
H. H. Land & Cattle Company

**Describe debtor's property that is subject to a lien**

APN 003-220-07

$0.00           $530,371.00

**Creditor's mailing address**

26 NORTH STATE ST.
Salt Lake City, UT 84103

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.4

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.12** **Creditor's name**
H. H. Land & Cattle Company

**Describe debtor's property that is subject to a lien**

APN 003-220-06

$0.00           $1,549,129.00

**Creditor's mailing address**

26 NORTH STATE ST.
Salt Lake City, UT 84103

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.3

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability company | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.13 | | | | |
|---|---|---|---|---|

**Creditor's name**
H. H. Land & Cattle Company

**Describe debtor's property that is subject to a lien**
APN 003-220-05

$0.00          $2,081,315.00

**Creditor's mailing address**

26 NORTH STATE ST.
Salt Lake City, UT 84103

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☒ Yes. The relative priority of creditors is specified on lines 2.4

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

| 2.14 | | | | |
|---|---|---|---|---|

**Creditor's name**
H. H. Land & Cattle Company

**Describe debtor's property that is subject to a lien**
APN 003-220-10

$0.00          $ 110,854.00

**Creditor's mailing address**

26 NORTH STATE ST.
Salt Lake City, UT 84103

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☒ Yes. The relative priority of creditors is specified on lines 2.3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability company | | | |
|---|---|---|---|---|
| | Name | | Case number *(if known)* | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.15 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**2.15** Creditor's name
H. H. Land & Cattle Company

_____

**Creditor's mailing address**

26 NORTH STATE ST.
Salt Lake City, UT 84103

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

       [_____]

   ☑ Yes. The relative priority of creditors is specified on lines 2.4

**Describe debtor's property that is subject to a lien**

APN 003-220-12

$0.00      $504,045.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.16** Creditor's name
H. H. Land & Cattle Company

_____

**Creditor's mailing address**

26 NORTH STATE ST.
Salt Lake City, UT 84103

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

       [_____]

   ☑ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**

APN 003-220-04

$0.00      $ 148,793.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor  Rainbow Land & Cattle Company, LLC, a Nevada limited liability company

Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17** Creditor's name
H. H. Land & Cattle Company

_____

**Creditor's mailing address**

26 NORTH STATE ST.
Salt Lake City, UT 84103

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　[_____]

　☑ Yes. The relative priority of creditors is specified on lines  2.2

**Describe debtor's property that is subject to a lien**

APN 003-151-24

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00      $ 543,330.00

---

**2.18** Creditor's name
H. H. Land & Cattle Company

_____

**Creditor's mailing address**

26 NORTH STATE ST.
Salt Lake City, UT 84103

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　[_____]

　☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

APN 003-121-01

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00      $ 574,200.00

---

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability company | Case number (if known) 19-50627-BTB |
|---|---|---|
| | Name | |

## Part 1: Additional Page

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B *Value of collateral that supports this claim* |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.19** Creditor's name
H. H. Land & Cattle Company

**Describe debtor's property that is subject to a lien**
APN 003-111-01

$1,676,802.00          $1,540,000.00

Creditor's mailing address

26 NORTH STATE ST.
Salt Lake City, UT 84103

Creditor's email address, if known

Date debt was incurred _____

**Describe the lien**
Agreement you made

Last 4 digits of account number _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

☒ Yes. The relative priority of creditors is specified on lines  2.4

---

**2.20** Creditor's name
H. H. Land & Cattle Company

**Describe debtor's property that is subject to a lien**
APN 003-151-25

$ 0.00          $ 366,170.00

Creditor's mailing address

26 NORTH STATE ST.
Salt Lake City, UT 84103

Creditor's email address, if known

Date debt was incurred _____

**Describe the lien**
Agreement you made

Last 4 digits of account number _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

☒ Yes. The relative priority of creditors is specified on lines  2.3

---

Debtor  Rainbow Land & Cattle Company, LLC, a Nevada limited liability company  Case number _(if known)_ _____19-50627-BTB_
     Name

| Part 1: | **Additional Page** | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.21** Creditor's name
Zions Bank

_____

Creditor's mailing address

ONE SOUTH MAIN ST., STE 500
SALT LAKE CITY, UT 84133-1109

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.4

**Describe debtor's property that is subject to a lien**

APN 003-111-01

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $0.00  Column B: $1,540,000.00

---

**2.22** Creditor's name
Zions Bank

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

APN 003-151-24

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $0.00  Column B: $543,330.00

---

| | | 19-50627-BTB |
|---|---|---|

Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
Name

Case number *(if known)*_____

## Part 1:   Additional Page

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.23** **Creditor's name**
Zions Bank

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**
APN 003-151-25

$ 0.00

$ 366,170.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.24** **Creditor's name**
Zions Bank

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  2.4

**Describe debtor's property that is subject to a lien**
APN 003-220-12

$ 0.00

$ 504,045.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor  Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.25** Creditor's name
Zions Bank

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines _2.3_

**Describe debtor's property that is subject to a lien**

APN 003-220-10

$0.00          $110,854.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.26** Creditor's name
Zions Bank

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines _2.4_

**Describe debtor's property that is subject to a lien**

APN 003-220-05

$0.00          $2,081,315.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    Rainbow Land & Cattle Company, LLC, a Nevada limited liability company    19-50627-BTB
          Name                                                    Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | *Amount of claim* | *Value of collateral* |
| | | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.27** **Creditor's name**
Zions Bank

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ┌─────────────────────────┐
   │                         │
   └─────────────────────────┘

   ☑ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**
APN 003-220-06

$ 0.00     $ 1,549,129.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.28** **Creditor's name**
Zions Bank

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ┌─────────────────────────┐
   │                         │
   └─────────────────────────┘

   ☑ Yes. The relative priority of creditors is specified on lines 2.4

**Describe debtor's property that is subject to a lien**
APN 003-220-07

$ 0.00     $ 530,371.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
_____
Name

Case number *(if known)* _____

| | Column A | Column B |
|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.29** **Creditor's name**
Zions Bank
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Describe debtor's property that is subject to a lien**
APN 003-220-04

$0.00            $148,793.00

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　☒ Yes. The relative priority of creditors is specified on lines 2.3

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.30** **Creditor's name**
Zions Bank
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Describe debtor's property that is subject to a lien**
APN 003-121-01

$0.00            $574,200.00

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　☒ Yes. The relative priority of creditors is specified on lines 2.1

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

19-50627-BTB

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability company | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| H.H. Land & Cattle Company<br>c/o Michael B. Wixom, Esq<br>1935 Village Center Circle<br>Las Vegas, NV, 89134 | Line 2. 19 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Rainbow Land & Cattle Company, LLC, a Nevada limited liability company

United States Bankruptcy Court for the:    District of Nevada

Case number    19-50627-BTB
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

_____

Last 4 digits of account
number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

_____

Last 4 digits of account
number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

_____

Last 4 digits of account
number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

| Debtor | Rainbow Canyon Cattle Company, LLC, a Nevada limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Allison MacKenzie
402 N. Division Street
P.O. Box 646
Carson City, NV, 89702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**    Services

$ 15,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
CALIENTE HOT SPRINGS RESORT LLC
P.O. Box 213
Caliente, NV, 89008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 422.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
CALRENCE BURR
C/O G. DAVID ROBERTSON
50 W. LIBERTY ST., STE. 600
Reno, NV, 89501

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 100,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
F. Heise Land & Livestock Co, Inc.
C/O DAVID ROBERTSON, ESQ.
50 W. LIBERTY ST., STE. 600
RENO, NV, 89501

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 100,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
GLEN VAN ROEKEL
P O BOX 403

Caliente, NV, 89008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**    Services

$ 445.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
J&J FAMILY TRUST
P O Box 1030
Caliente, NV, 89008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 4,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Rainbow Canyon Cattle Company, a Nevada limited liability company    Case number *(if known)* 19-50627-BTB
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 7 **Nonpriority creditor's name and mailing address**

John H. Huston
Janice J. Cole
P.O. BOX 1030
Caliente, NV, 89008

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 105,000.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 8 **Nonpriority creditor's name and mailing address**

LENARD SMITH LAND SURVEY
P O BOX 443
CALIENTE, NV, 89008

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

$ 1,000.00

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.____ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor   Rainbow Coffee Company, a Nevada limited liability company          Case number (if known)
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 325,867.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 325,867.00 |

**Fill in this information to identify the case:**

Debtor name  Rainbow Land & Cattle Company, LLC, a Nevada limited liability company

United States Bankruptcy Court for the:  District of Nevada

Case number (If known):  19-50627-BTB          Chapter  11

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Option to Purchase Land and Water Rights.  Option to Purchase 74.92 +/- acres of land APNs 003-210-04 and 003-230-03 together with 95.25 | Holmes & Turner Earnest J. Turner 1283 N. 14th Ave., Ste. 201 Bozeman, MT, 59715 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Option to Purchase Land and Water Rights. Purchaser | ACNNCA Trust 8622 Kingston Heath Court Las Vegas, NV, 89131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Option to Purchase Land and Water Rights. | Charles & Ramona Tow PO BOX 21 Glasgow, MT, 59230 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name    Rainbow Land & Cattle Company, LLC, a Nevada limited liability company

United States Bankruptcy Court for the:   District of Nevada

Case number (If known):   19-50627-BTB

---

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Comp | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Comp | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability com | Case number (if known) | 19-50627-BTB |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.7 Janice J. Cole | Janice J. Cole PO BOX 1030 Caliente, NV, 89008 | | H. H. Land & Cattle Comp | ☑ D ☐ E/F ☐ G |
| 2.8 John H. Huston | John H. Huston PO BOX 1030 Caliente, NV, 89008 | | H. H. Land & Cattle Comp | ☑ D ☐ E/F ☐ G |
| 2.9 John H. Huston | John H. Huston PO BOX 1030 Caliente, NV, 89008 | | Zions Bank | ☑ D ☐ E/F ☐ G |
| 2.10 Janice J. Cole | Janice J. Cole PO BOX 1030 Caliente, NV, 89008 | | Zions Bank | ☑ D ☐ E/F ☐ G |
| 2.11 Janice J. Cole | Janice J. Cole PO BOX 1030 Caliente, NV, 89008 | | H. H. Land & Cattle Comp | ☑ D ☐ E/F ☐ G |
| 2.12 John H. Huston | John H. Huston PO BOX 1030 Caliente, NV, 89008 | | H. H. Land & Cattle Comp | ☑ D ☐ E/F ☐ G |
| 2.13 Janice J. Cole | Janice J. Cole PO BOX 1030 Caliente, NV, 89008 | | Zions Bank | ☑ D ☐ E/F ☐ G |
| 2.14 John H. Huston | John H. Huston PO BOX 1030 Caliente, NV, 89008 | | Zions Bank | ☑ D ☐ E/F ☐ G |

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability company | Case number (*if known*)___19_-50627-BTB_____ |
|---|---|---|
| | Name | |

| **Additional Page if Debtor Has More Codebtors** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ☐ D<br>☐ E/F<br>☐ G |
| 2.16 John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ☐ D<br>☐ E/F<br>☐ G |
| 2.17 Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ☐ D<br>☐ E/F<br>☐ G |
| 2.20 John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ☐ D<br>☐ E/F<br>☐ G |
| 2.21 Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.22 John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability company | Case number (if known) 19-50627-BTB |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 | Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ☐ D<br>☐ E/F<br>☐ G |
| 2.24 | John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ☐ D<br>☐ E/F<br>☐ G |
| 2.25 | Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.26 | John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.27 | Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ☐ D<br>☐ E/F<br>☐ G |
| 2.28 | John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ☐ D<br>☐ E/F<br>☐ G |
| 2.29 | Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.30 | John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability company | Case number (if known) 19-50627-BTB |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.31 | Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ☐ D<br>☐ E/F<br>☐ G |
| 2.32 | John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ☐ D<br>☐ E/F<br>☐ G |
| 2.33 | Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.34 | John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.35 | Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ☐ D<br>☐ E/F<br>☐ G |
| 2.36 | John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ☐ D<br>☐ E/F<br>☐ G |
| 2.37 | Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.38 | John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | Zions Bank | ☑ D<br>☐ E/F<br>☐ G |

Debtor   Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
Name

Case number (*if known*)_19-50627-BTB_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.39 | Janice J. Cole | Janice J. Cole<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ❑ D<br>❑ E/F<br>❑ G |
| 2.40 | John H. Huston | John H. Huston<br>PO BOX 1030<br>Caliente, NV, 89008 | H. H. Land & Cattle Company | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | _____ | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | _____ | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | _____ | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | _____ | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | _____ | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | _____ | | _____ | ❑ D<br>❑ E/F<br>❑ G |

---

**Fill in this information to identify the case:**

Debtor name _Rainbow Land & Cattle Company, LLC, a Nevada limited liability company_

United States Bankruptcy Court for the: District of Nevada

Case number (If known): 19-50627-BTB_____

_____

❑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019<br>MM / DD / YYYY | to Filing date | ☐ Operating a business<br>☑ Other  Property Rental and Sale of Land | $ 136,964.00 |
| **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to 12/31/2018<br>MM / DD / YYYY | ☐ Operating a business<br>☑ Other  Rental Property Income | $ 22,250.00 |
| **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to 12/31/2017<br>MM / DD / YYYY | ☐ Operating a business<br>☑ Other  Rental Property Income | $ 9,600.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. _Non-business income_ may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor   Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
_____
Name

Case number (*if known*)_____19-50627-BTB_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br><br> | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br><br> | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached SOFA Part 2, Question 4<br>Insider's name<br>Real Estate Commission from sale of land<br><br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $ 48,650.00 | |
| 4.2. | _____<br>Insider's name<br><br><br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | |

Debtor   Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
         _____    Case number (*if known*)__19-50627-BTB_____
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Rainbow Land & Cattle v. First American Title Insurance Co., HH Land & Cattle Company, and Zions First National Bank<br><br>**Case number**<br><br>78795<br>_____ | | Supreme Court of the State of Nevada | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Rainbow Land & Cattle Company, LLC v. First America Title Insurance et al.<br><br>**Case number**<br><br>CV-0850018<br>_____ | Injunction and Declaratory Relief | Seventh Judicial District Court of the State of Nevada | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor    Rainbow Land & Cattle Company, LLC, a Nevada limited liability company                    Case number (if known)_19-50627-BTB_____
_____
          Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    Rainbow Land & Cattle Company, LLC, a Nevada limited liability company            Case number (if known)_19-50627-BTB_____
_____
            Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Estes Law, P.C. | | _____ | $ 31,593.50 |
| **Address** | | | |
| 605 Forest St Reno, NV 89509-1702 | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | | _____ | $_____ |
| **Address** | | | |
| | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    Rainbow Land & Cattle Company, LLC, a Nevada limited liability company                    Case number (if known)_19-50627-BTB_____
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Peter OJasen | Deed of Trust 95.25 AF Water Rights NVDWR Permit 29338 | 01/04/2019 | $ 0.00 |
| | **Address** 7582 Las Vegas BLVD. #155 Las Vegas, NV 89123 | | | |
| | **Relationship to debtor** None | | | |
| 13.2. | **Who received transfer?** EZJG Caliente Land, LLC | Sold Property APN 003-220-11 | 01/03/2019 | $ 196,605.00 |
| | **Address** 8550 W. Charleston Blvd. #102-272 Las Vegas, NV 89117 | | | |
| | **Relationship to debtor** None | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor  Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
Name                                                                                                          Case number (if known)___19-50627-BTB_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
_____Name_____    Case number *(if known)*__19-50627-BTB_____

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Rainbow Land & Cattle Company, LLC, a Nevada limited liability company | Case number *(if known)*____19-50627-BTB_____ |
|---|---|---|
| | Name | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

Debtor    Rainbow Land & Cattle Company, LLC, a Nevada limited liability company          Case number *(if known)*___19-50627-BTB_____
_____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.2. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.3. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |

---

Debtor    Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
_____
Name

Case number (*if known*)___19-50627-BTB_____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. John H. Huston<br>_____<br>Name<br>P.O. BOX 1030 Caliente, NV 89008 | From 06/14/2004<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. John H. Huston<br>_____<br>Name<br>PO BOX 1030 Caliente, NV 89008 | |

---

Debtor   Rainbow Land & Cattle Company, LLC, a Nevada limited liability company          Case number *(if known)*___19-50627-BTB_____
_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1.  _____<br>Name |

| Name and address |
|---|
| 26d.2.  _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  _____<br>Name |

Debtor    Rainbow Land & Cattle Company, LLC, a Nevada limited liability company
_____    Case number (if known)___19-50627-BTB_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2.    _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Clarence Burr | c/o G. David Robertson 50 W. Liberty St., Ste. 600, Reno, NV 89501 | member | 10% |
| John H. Huston | PO BOX 1030, Caliente, NV 89008 | managing member | 45% |
| Janice J. Cole | PO BOX 1030, Caliente, NV 89008 | managing member | 45% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | | | |
| Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor  Rainbow Land & Cattle Company, LLC, a Nevada limited liability con  Case number (if known) 19-50627-BTB
     Name

---

**Name and address of recipient**

30.2 _____
   Name

**Relationship to debtor**

_____

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

Name of the parent corporation              Employer Identification number of the parent corporation

_____     EIN: _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

Name of the pension fund             Employer Identification number of the pension fund

_____     EIN: _____

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/13/2019
           MM / DD / YYYY

✗ _____     Printed name John H. Huston
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Managing Member

---

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

**United States Bankruptcy Court**

IN RE:                                                          Case No.__3; /72849/DVD_____

Rainbow Land & Cattle Company, LLC, a Nevada limited liability compa
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Clarence Burr c/o G. David Robertson 50 W. Liberty St., Ste. 600, Reno, NV 89501 | 10% | Other (beneficial interest) |
| John H. Huston PO BOX 1030, Caliente, NV 89008 | 45% | Other (beneficial interest) |
| Janice J. Cole PO BOX 1030, Caliente, NV 89008 | 45% | Other (beneficial interest) |

Fill in this information to identify the case and this filing:

Debtor Name     Rainbow Land & Cattle Company, LLC, a Nevada limited liability company

United States Bankruptcy Court for the: District of Nevada

Case number (if known): 19-50627-BTB

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/13/2019
              MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

John Huston
Printed name

Managing member
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

# United States Bankruptcy Court

District of Nevada

**In re** Rainbow Land & Cattle Company, LLC, a Nevada limited liability company

Case No. _3; /72849/DVD_____

**Debtor**

Chapter 11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 22,750.00_____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 400.00_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor         ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.   [Other provisions as needed]

Analysis of the Debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition for bankruptcy.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required.  Representation of the debtor at the initial debtor interview, meeting of creditors, general motion hearings, and any plan confirmation hearing.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The Firm has not agreed to represent the Debtor in non-core matters, as defined by the Bankruptcy Code, special purpose litigation, Chapter 7 proceedings, adversary proceedings or appeals.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/13/2019

*Date*

*Signature of Attorney*

Estes Law, P.C.

*Name of law firm*
605 Forest St.
Reno, NV 89509
hestes@esteslawpc.com